UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POWER AIR CONDITIONING CORP. and DON EMANUEL,

Plaintiffs,

-against-

POWER AIR HEATING AND COOLING CORP. and YOEL KOHN,

Defendants.

ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Civil Docket No. 26cv07069

Plaintiffs are directed to review and comply with this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief. Specifically, the Court will not endorse an order to show cause for a preliminary injunction prior to a conference with the parties, which conference shall be requested in strict accordance with the provisions of Rules 2(C) and 4(F) of the Court's Individual Practices, as well as Rule 65 of the Federal Rules of Civil Procedure.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
August 20, 2026

**UPON** the annexed Complaint, dated August 19, 2

the Declaration of Don Emanuel, dated August 18, 2026

Declaration of Kevin G. Donoghue, Esq., dated Augus

thereto; the accompanying Memorandum of Law, dat

pleadings and all prior proceedings had herein; it is **O**

before this Court, at the United States District Court, Sou

Street, New York, New York, on ________________, 2026, at __________, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

(1) Granting Plaintiffs a Preliminary Injunction directing Defendants to remove all references to "Power Air" from all physical signage used to identify and/or promote Defendants' business, until further order of the Court;

(2) Granting Plaintiffs a Preliminary Injunction directing Defendants to remove all references to "Power Air" from their website, Instagram page, and/or all other online and social media platforms, until further order of the Court;

(3) Granting Plaintiffs a Preliminary Injunction prohibiting Defendants from making any statement or representation whatsoever, and/or any acts, which is or may be likely to lead the public, or individual members thereof, to believe that any services offered by Defendants are in any manner associated or connected

with Plaintiffs, or are sponsored, approved, or authorized by Plaintiffs, until further order of the Court;

(4) Granting Plaintiffs a Preliminary Injunction ordering Defendants to cease and desist from using or operating under the "Power Air" name and prohibiting Defendants from using or operating under such name, until further order of the Court.

(5) Granting Plaintiffs a Preliminary Injunction prohibiting Defendants from using the POWER AIR mark, alone, or in combination with any words or designs, which so resemble Plaintiffs' valuable trademark as to be likely to cause confusion, deception or mistake, in connection with Defendants' offering of HVAC contracting services, until further order of the Court;

(6) Granting Plaintiffs a Preliminary Injunction prohibiting Defendants from engaging in any course of conduct likely to cause confusion, deception, or mistake, or to injure Plaintiffs' business reputation in the marketplace, until further order of the Court;

(7) Granting Plaintiffs a Preliminary Injunction prohibiting Defendants from further infringing on Plaintiffs' trademark and damaging their goodwill, and/or otherwise competing unfairly with Plaintiffs in any manner, until further order of the Court;

(8) Granting Plaintiffs such other and further relief that the Court deems just, equitable or proper.

**IT IS HEREBY FURTHER ORDERED** that service of a copy of this Order to Show Cause, together with the papers upon which it is granted upon Defendants by e-mail or ____________________________, on or before _____________, 2026, shall be deemed good and sufficient service thereof; and it is further

**ORDERED,** that papers in opposition to this motion shall be filed and served upon counsel for Plaintiffs by ______________________________, on or before ___________________, 2026.

**ORDERED,** that papers in reply shall be filed and served upon counsel for Defendants by __________________________, on or before _______________________, 2026.

Dated: New York, New York
August ___, 2026

**E N T E R:**

_________________________________________
HONORABLE
United States District Judge